# THE STATE OF TEXAS
# MANDATE

FILED
NACOGDOCHES COUNTY
TEXAS

15 JUN 30 AM 10: 38

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/1/2015 2:09:50 PM
CATHY S. LUSK, DISTRICT CLERK
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 145TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of April, 2015, the cause upon appeal to revise or reverse your judgment between

**TERRON PENEVRICK MITCHELL, Appellant**

**NO. 12-14-00064-CR; Trial Court No. F1018049**

Opinion by James T. Worthen, Chief Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 26th day of June, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



**TWELFTH COURT OF APPEALS**



FILED
NACOGDOCHES COUN CLERK
TEXAS                CATHY S. LUSK

15 JUN 30 AM 10: 3 CHIEF STAFF ATTORNEY
                    MARGARET HUSSEY

DISTRICT CLERK

June 26, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:              12-14-00064-CR
          Trial Court Case Number:  F1018049

**Style:**  Terron Penevrick Mitchell
           v.
           The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Mr. Dean Watts (DELIVERED VIA E-MAIL)
C Ms. Nicole D. Lostracco (DELIVERED VIA E-MAIL)
:

Mandate executed on __1st__ day of __July__, 2015.

Brief explanation of action taken: _Terron Mitchell remains incarcerated_

*Laurie Phillips*                    __Deputy__ District/~~County~~ Clerk